IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STEVE LUCERO

    Plaintiff,

v.                                                             No. 2:24-cv-168-KRS-GJF

NEW MEXICO STATE UNIVERSITY, *et al.*,

    Defendants.

**STIPULATED ORDER DISMISSING CASE WITH PREJUDICE**

THIS MATTER came before the Court on the Parties' Joint Motion to Dismiss with Prejudice. The Court read the Motion, noted that it is unopposed, and otherwise informed itself in the premises. The Court FINDS and CONCLUDES that the Motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff's Complaint for Relief and Compensatory Damages is dismissed;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all claims belonging to Plaintiff that were, or that could have been, brought in his Complaint for Relief and Compensatory Damages are dismissed with prejudice; and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff and Defendants are each to bear their own costs and fees in connection with the matters decided herein.

IT IS SO ORDERED.

_____
The HON. KEVIN R. SWEAZEA
United States Magistrate Judge
Presiding by Consent

ORDER PREPARED BY:

PARK & ASSOCIATES, LLC

*/s/ Geoffrey D. White*
Alfred A. Park
Geoffrey D. White
3840 Masthead St., NE
Albuquerque, NM 87109
(505) 246-2805
*Counsel for New Mexico State University, The Board of Regents of New Mexico State University, and The Office of Institutional Equity at New Mexico University*


APPROVED AS TO FORM:

JUSTICE LEGAL TEAM, LLC

*Electronically Approved 08-26-24*
E. Vanessa de León, Ed.D., J.D.
755 S. Telshor Blvd., Ste. C202
Las Cruces, NM 88011
vanessa@justicelegalteam.com
*Counsel for Steven Lucero*